UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN TRANSPORTATION
AUTHORITY and TRIBOROUGH BRIDGE AND
TUNNEL AUTHORITY,

                                 *Plaintiffs*,

                                 v.

SEAN DUFFY, in his official capacity as Secretary of
the United States Department of Transportation,
UNITED STATES DEPARTMENT OF
TRANSPORTATION, GLORIA M. SHEPHERD, in
her official capacity as the Executive Director of the
Federal Highway Administration, and FEDERAL
HIGHWAY ADMINISTRATION,

                                 *Defendants*.

Index No. 1:25-cv-01413

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 19, 2025
       New York, New York

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com

*Counsel for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*