UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

      *Plaintiffs*,

v.

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, UNITED STATES DEPARTMENT OF TRANSPORTATION, GLORIA M. SHEPHERD, in her official capacity as the Executive Director of the Federal Highway Administration, and FEDERAL HIGHWAY ADMINISTRATION,

      *Defendants*.

Index No. 1:25-cv-01413

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 19, 2025
   New York, New York

*/s/ Maximilian T. Crema*
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
mcrema@kaplanmartin.com

*Counsel for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*