UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>                      *Plaintiffs*,<br><br>            v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>                      *Defendants*. | Case No. 1:25-cv-01413 (LJL)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 20, 2025
       New York, NY

/s/ *Amy L. Cassidy*
Amy L. Cassidy
SIVE, PAGET & RIESEL, PC
560 Lexington Avenue, 15th floor
New York, NY 10022
Phone: (646) 378-7254
Fax: (212) 421-1891
Email: acassidy@sprlaw.com