UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>　　　　　　　　　*Defendants*. | Case No.  1:25-cv-01413 (LJL)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

　　　Please enter my appearance as counsel in this case for Plaintiffs the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: February 24, 2025
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　/s/ *Phillip Dane Warren*
　　　　　　　　　　　　　　　　　　　Phillip Dane Warren
　　　　　　　　　　　　　　　　　　　SIVE, PAGET & RIESEL, PC
　　　　　　　　　　　　　　　　　　　560 Lexington Avenue, 15th floor
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Phone: (646) 378-7236
　　　　　　　　　　　　　　　　　　　Fax: (212) 421-1891
　　　　　　　　　　　　　　　　　　　Email:  dwarren@sprlaw.com