UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                *Plaintiffs*,

                v.

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,

                *Defendants*.

Case No. 25 Civ. 1413 (LJL)

---

**DECLARATION OF SERVICE**

I, D. Brandon Trice, an attorney duly admitted to practice before this Court, hereby declare under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm Kaplan Martin LLP, attorneys for Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority in the above-captioned action. I am over the age of 18 and not a party to this lawsuit.

2. On February 26, 2025, I effectuated service on Defendant Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, by causing the following documents to be delivered by certified mail to Defendant Duffy via the United States Department of Transportation:

    a. Summons as to Defendant Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation (ECF 13); and

        b.        Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

3.        On February 26, 2025, I effectuated service on Defendant Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, by causing the following documents to be delivered by certified mail to Defendant Shepherd via the Federal Highway Administration:

        a.        Summons as to Defendant Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration (ECF 12); and

        b.        Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

4.        On February 26, 2025, I effectuated service on Defendant United States Department of Transportation, by causing the following documents to be delivered by certified mail to the United States Department of Transportation, for the attention of Judith S. Kaleta, Office of the General Counsel:

        a.        Summons as to Defendant United States Department of Transportation (ECF 14); and

        b.        Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

5.        On February 26, 2025, I effectuated service on Defendant Federal Highway Administration, by causing the following documents to be delivered by certified mail to the Federal Highway Administration, for the attention of Jay Payne, Chief Counsel:

        a.        Summons as to Defendant Federal Highway Administration (ECF 11); and

      b.      Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

6.      On February 27, 2025, I effectuated service on United States Attorney General Pam Bondi by causing the following documents to be delivered by certified mail to Attorney General Bondi:

      a.      Summons as to Defendant Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation (ECF 13);

      b.      Summons as to Defendant Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration (ECF 12);

      c.      Summons as to Defendant United States Department of Transportation (ECF 14);

      d.      Summons as to Defendant Federal Highway Administration (ECF 11); and

      e.      Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

7.      On February 20, 2025, I effectuated service on the Office of the United States Attorney for the Southern District of New York by causing the following documents to be electronically provided to Assistant United States Attorney Dominika Tarczynska, after Assistant United States Attorney Tarczynska agreed to accept service by email:

      a.      Summons as to Defendant Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation (ECF 13);

      b.      Summons as to Defendant Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration (ECF 12);

      c.      Summons as to Defendant United States Department of Transportation (ECF 14);

      d.      Summons as to Defendant Federal Highway Administration (ECF 11); and

      e.      Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

8.      On February 25, 2025, I caused the following documents to be delivered by certified mail to Acting U.S. Attorney for the Southern District of New York Matthew Podolsky:

      a.      Summons as to Defendant Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation (ECF 13);

      b.      Summons as to Defendant Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration (ECF 12);

      c.      Summons as to Defendant United States Department of Transportation (ECF 14);

      d.      Summons as to Defendant Federal Highway Administration (ECF 11); and

      e.      Complaint by Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (ECF 1).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 27, 2025  
            New York, New York

*/s / D. Brandon Trice*  
D. Brandon Trice  
KAPLAN MARTIN LLP  
1133 Avenue of the Americas | Suite 1500  
New York, New York 10036  
Tel.: (212) 316-9500  
btrice@kaplanmartin.com