UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>          Plaintiffs,<br><br>     v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>          Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this court, and I appear in this case as counsel for Riders Alliance and Sierra Club, Proposed Intervenor-Plaintiffs.

DATED: March 4, 2025

                                                   *s/Dror Ladin*
                                                 Dror Ladin, Bar No. DL2328
                                                 Earthjustice
                                                 48 Wall Street, 15th Floor
                                                 New York, NY 10005
                                                 (917) 410-8701
                                                 dladin@earthjustice.org