UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**NOTICE OF MOTION** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Proposed Intervenor-Plaintiffs Riders Alliance and Sierra Club, upon the accompanying memorandum of law and proposed pleading in support of this motion, move this Court, before the Honorable Lewis J. Liman, United States District Judge, for an order granting the Proposed Intervenor-Plaintiffs leave to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure.

DATED: March 4, 2025

*s/Dror Ladin*
Dror Ladin
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(917) 410-8701
dladin@earthjustice.org