UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Riders Alliance, a private non-governmental proposed intervenor in the above-captioned matter, certifies that it has no corporate affiliate, subsidiary, or parent corporation, and that no publicly held corporation owns 10% or more of its shares.

DATED: March 4, 2025

　　　　　　　　　　　　　　　　　　　　*s/Dror Ladin*
　　　　　　　　　　　　　　　　　　　　Dror Ladin
　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　48 Wall Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　(917) 410-8701
　　　　　　　　　　　　　　　　　　　　dladin@earthjustice.org