UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>      Plaintiffs,<br><br>      v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>      Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Sierra Club, a private non-governmental proposed intervenor in the above-captioned matter, certifies that it has no corporate affiliate, subsidiary, or parent corporation, and that no publicly held corporation owns 10% or more of its shares.

DATED: March 4, 2025

                                          *s/Dror Ladin*
                                          Dror Ladin
                                          Earthjustice
                                          48 Wall Street, 15th Floor
                                          New York, NY 10005
                                          (917) 410-8701
                                          dladin@earthjustice.org