UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>        Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**AFFIRMATION OF SERVICE** |

I, Mariana Lo, declare under penalty of perjury:

    1.    I am a Supervising Litigation Paralegal at Earthjustice, counsel for Intervenor-Plaintiffs in this matter. I am over the age of 18 years and not a party to this lawsuit.

    2.    On March 4, 2025, I served a copy of the Motion to Intervene (ECF No. 23), Complaint-in-Intervention (ECF No. 23-1), Memorandum of Law in Support of Motion to Intervene (ECF No. 24), Notice of Appearance of Dror Ladin (ECF No. 22), and Rule 7.1 Statements by Riders Alliance and Sierra Club (ECF Nos. 25, 26) via U.S.P.S. certified mail upon the following:

        Sean Duffy, Secretary
        U.S. Department of Transportation
        1200 New Jersey Ave, SE
        Washington, DC 20590

        Gloria M. Shepherd, Executive Director
        Federal Highway Administration
        Room E87-320
        1200 New Jersey Avenue, SE
        Washington, DC 20590

>U.S. Department of Transportation
>Office of the General Counsel
>1200 New Jersey Ave, SE
>Washington, DC 20590
>
>Federal Highway Administration
>Office of the Chief Counsel, Room E82-328
>1200 New Jersey Avenue, SE
>Washington, DC 20590
>
>Pamela Bondi, U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Ave, NW
>Washington, DC 20530-0001

3. On March 3, 2025, Assistant U.S. Attorney Alex Kristofcak consented to email service on behalf of the U.S. Attorney's Office for the Southern District of New York. Accordingly, on March 4, 2025, I served a copy of the Motion to Intervene (ECF No. 23), Complaint-in-Intervention (ECF No. 23-1), Memorandum of Law in Support of Motion to Intervene (ECF No. 24), Notice of Appearance of Dror Ladin (ECF No. 22), and Rule 7.1 Statements by Riders Alliance and Sierra Club (ECF Nos. 25, 26) by email upon the following:

>Alex Kristofcak, Assistant U.S. Attorney
>Southern District of New York
>Alexander.Kristofcak@usdoj.gov
>
>Dominika Tarczynska, Assistant U.S. Attorney
>Southern District of New York
>dominika.tarczynska@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 4, 2025
         New York, NY

*Mariana Lo*
Mariana Lo