UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

                            *Plaintiffs*,

                    v.                        No. 1:25-cv-1413-LJL

SEAN DUFFY, in his official capacity as Secretary
of the United States Department of
Transportation, *et al.*,

                            *Defendants*.
------------------------------------------------------------------------ X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of the New York State Department of Transportation's Motion to Intervene as Plaintiff, the proposed Complaint-in-Intervention with exhibits, and all of the pleadings and proceedings previously had in this action, the undersigned will move this Court pursuant to Federal Rule of Civil Procedure 24, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at such time and date as the Court may set, for an order granting the New York State Department of Transportation leave to intervene as plaintiff. A copy of the New York State Department of Transportation's proposed Complaint-in-Intervention is attached as Exhibit A.

Dated:     New York, New York
           March 19, 2025

                                     Respectfully Submitted,

                                     LETITIA JAMES
                                     Attorney General of the State of New York

                                     By:  */s/ Andrew G. Frank*
                                          Andrew G. Frank
                                          Assistant Attorney General
                                          N.Y.S. Attorney General's Office
                                          28 Liberty Street
                                          New York, New York 10005
                                          Telephone:   (212) 416-8271
                                          E-mail:      andrew.frank@ag.ny.gov

                                     *Attorneys for Movant for Intervention as Plaintiff the New York State Department of Transportation*