UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

                              *Plaintiffs*,

                    v.                            No. 1:25-cv-1413-LJL

SEAN DUFFY, in his official capacity as Secretary
of the United States Department of
Transportation, *et al.*,

                            *Defendants.*
-------------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I, Andrew G. Frank, declare as follows:

      1.      I am an Assistant Attorney General in the New York State Office of the Attorney General, counsel in this matter for proposed Intervenor-Plaintiff New York State Department of Transportation.  I am over the age of 18 years and not a party to this lawsuit.

      2.      On March 19, 2025, I served a copy of the Notice of Motion (ECF No. 30), the proposed Complaint-in-Intervention with exhibits (ECF No. 30-1), and the Memorandum of Law in Support of the New York State Department of Transportation's Motion to Intervene as Plaintiff (ECF No. 31), via United States Postal Service certified mail upon the following:

      Sean Duffy, Secretary
      U.S. Department of Transportation
      1200 New Jersey Ave, SE
      Washington, DC 20590

Gloria M. Shepherd, Executive Director
Federal Highway Administration
Room E87-320
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

Federal Highway Administration
Office of the Chief Counsel, Room E82-328
1200 New Jersey Avenue, SE
Washington, DC 20590

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

3.      On March 17, 2025, Assistant U.S. Attorney Dominika Tarczynska

consented to e-mail service on behalf of the U.S. Attorney's Office for the Southern

District of New York.  Accordingly, on March 19, 2025, I served a copy of the Notice

of Motion (ECF No. 30), the proposed Complaint-in-Intervention with exhibits (ECF

No. 30-1), and the Memorandum of Law in Support of the New York State

Department of Transportation's Motion to Intervene as Plaintiff (ECF No. 31) by e-

mail upon the following attorney:

Dominika Tarczynska, Assistant U.S. Attorney
Southern District of New York
*dominika.tarczynska@usdoj.gov*

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on March 19, 2025

_A+ G. RL_
_____

Andrew G. Frank
Assistant Attorney General
N.Y.S. Attorney General's Office
28 Liberty Street
New York, New York 10005
Telephone:    (212) 416-8271
E-mail:        andrew.frank@ag.ny.gov

3