

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 25, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

   Re: *Metropolitan Transportation Authority, et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

  This Office represents defendants Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, the United States Department of Transportation, and the Federal Highway Administration (together the "Federal Defendants") in the above-referenced matter. We write in response to your Honor's March 20, 2025 Order, ECF No. 34, to advise that the Federal Defendants do not intend to oppose the motion to intervene, ECF No. 30, filed by the New York State Department of Transportation.

  Thank you for your consideration of this matter.

                Respectfully,

                MATTHEW PODOLSKY
                Acting United States Attorney

          By: */s/ Dominika Tarczynska*
            DOMINIKA TARCZYNSKA
            Assistant United States Attorneys
            Tel. (212) 637-2748
            dominika.tarczynska@usdoj.gov