UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
METROPOLITAN TRANSPORTATION
AUTHORITY, *et al.*,

                              *Plaintiffs,*

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, *et al.*,

                          *Intervenor-Plaintiffs,*      No. 1:25-cv-1413-LJL

                     v.

SEAN DUFFY, in his official capacity as Secretary
of the United States Department of
Transportation, *et al.*,

                              *Defendants.*
------------------------------------------------------------------------ X

## **CERTIFICATE OF SERVICE**

I, Andrew G. Frank, declare as follows:

1.     I am an Assistant Attorney General in the New York State Office of the Attorney General, counsel in this matter for proposed Intervenor-Plaintiff New York State Department of Transportation. I am over the age of 18 years and not a party to this lawsuit.

2.     On March 27, 2025, I served a copy of the Complaint-in-Intervention of Intervenor-Plaintiff New York State Department of Transportation with exhibits (ECF Nos. 37, 37-1 to 37-5) via United States Postal Service certified mail upon the following:

Sean Duffy, Secretary
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

Gloria M. Shepherd, Executive Director
Federal Highway Administration
Room E87-320
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

Federal Highway Administration
Office of the Chief Counsel, Room E82-328
1200 New Jersey Avenue, SE
Washington, DC 20590

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

3.  On March 27, 2025, Assistant U.S. Attorney Dominika Tarczynska consented to e-mail service on behalf of the U.S. Attorney's Office for the Southern District of New York.  Accordingly, on March 27, 2025, I served a copy of the Complaint-in-Intervention with exhibits (ECF Nos. 37, 37-1 to 37-5) by e-mail upon the following attorneys:

Dominika Tarczynska, Assistant U.S. Attorney
David Farber, Assistant U.S. Attorney
Southern District of New York
*dominika.tarczynska@usdoj.gov*
*david.farber@usdoj.gov*

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on March 27, 2025

                                  /s/ Andrew G. Frank
                                  Andrew G. Frank
                                  Assistant Attorney General
                                  N.Y.S. Attorney General's Office
                                  28 Liberty Street
                                  New York, New York 10005
                                  Telephone:  (212) 416-8271
                                  E-mail:     andrew.frank@ag.ny.gov