UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>        Plaintiffs,<br><br>    v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>        Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**AFFIRMATION OF SERVICE** |

I, Mariana Lo, declare under penalty of perjury:

    1.    I am a Supervising Litigation Paralegal at Earthjustice, counsel for Intervenor-Plaintiffs in this matter. I am over the age of 18 years and not a party to this lawsuit.

    2.    On March 27, 2025, I served a copy of the Intervenor Complaint of Riders Alliance and Sierra Club (ECF No. 38) via U.S.P.S. certified mail upon the following:

    Sean Duffy, Secretary
    U.S. Department of Transportation
    1200 New Jersey Ave, SE
    Washington, DC 20590

    Gloria M. Shepherd, Executive Director
    Federal Highway Administration
    Room E87-320
    1200 New Jersey Avenue, SE
    Washington, DC 20590

    U.S. Department of Transportation
    Office of the General Counsel
    1200 New Jersey Ave, SE
    Washington, DC 20590

>Federal Highway Administration
>Office of the Chief Counsel, Room E82-328
>1200 New Jersey Avenue, SE
>Washington, DC 20590
>
>Pamela Bondi, U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Ave, NW
>Washington, DC 20530-0001

3.  On March 3, 2025, Assistant U.S. Attorney Alex Kristofcak consented to email service on behalf of the U.S. Attorney's Office for the Southern District of New York. Accordingly, on March 27, 2025, I served a copy of the Intervenor Complaint of Riders Alliance and Sierra Club (ECF No. 38) by email upon the following:

>Alex Kristofcak, Assistant U.S. Attorney
>Southern District of New York
>Alexander.Kristofcak@usdoj.gov
>
>Dominika Tarczynska, Assistant U.S. Attorney
>Southern District of New York
>dominika.tarczynska@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 27, 2025
    New York, NY

*Mariana Lo*
Mariana Lo