

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

March 31, 2025

BY CM/ECF
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Metropolitan Transportation Authority v. Duffy*
             No. 1:25-cv-01413-LJL

Dear Judge Liman:

    We write on behalf of intervenor-plaintiff New York State Department of Transportation (the "Department"). On March 27, 2025, I filed a certificate of service after serving the Department's complaint-in-intervention earlier that day. *See* ECF No. 39. During filing, the ECF system autofilled the wrong due date for the response to the complaint-in-intervention and would not allow me to fill in the correct one. The ECF Help Desk told me to leave the wrong date in place and to write to the Court to have the ECF entry corrected.

    Accordingly, we respectfully request that the Court arrange to change the date by which the four federal defendants must answer or otherwise respond to the Department's complaint-in-intervention from April 17, 2025 to May 27, 2025, which, pursuant to Federal Rule of Civil Procedure 12(a)(2), is 60 days after service on the U.S. Attorney's Office (plus one day because the deadline would otherwise fall on the Memorial Day holiday).

                                                            Respectfully submitted,

                                                             Andrew G. Frank
                                                             Assistant Attorney General

c:    All counsel of record (by CM/ECF)

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8446 ● FAX (212) 416-6007 ● WWW.AG.NY.GOV
Writer's Direct Phone: (212) 416-8271 ● E-mail Address: andrew.frank@ag.ny.gov