UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

METROPOLITAN TRANSPORTATION AUTHORITY, and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                           Plaintiffs,

RIDERS ALLIANCE, SIERRA CLUB, and THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION,

                         Intervenor-Plaintiffs,

-against-

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,

                         Defendants.

------------------------------------------------------------------------x

Case No.: 1:25-cv-1413-LJL

**NOTICE OF MOTION TO INTERVENE – FED. R. CIV. P. 24**

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of its motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, the proposed complaint, the undersigned will move this Court, at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order granting the New York City Department of Transportation leave to intervene as a plaintiff. A copy of the New York City Department of Transportation's proposed complaint is annexed hereto as Exhibit A.

Dated: New York, NY
April 2, 2024

Respectfully submitted,

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York

By: _____
Nathan Taylor
Assistant Corporation Counsel
ntaylor@law.nyc.gov
Christian C. Harned
Assistant Corporation Counsel
chharned@law.nyc.gov
100 Church Street
New York, New York 10007
(212) 356-2315

*Attorneys for the New York City Department of Transportation*

2