UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

METROPOLITAN TRANSPORTATION AUTHORITY, and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                              Plaintiffs,

RIDERS ALLIANCE, SIERRA CLUB, and THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION,

                              Intervenor-Plaintiffs,

-against-

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

1:25-cv-1413-LJL

- 2 -

<u>TO THE CLERK OF COURT AND ALL PARTIES OF RECORD</u>:

Please enter the appearance of the undersigned, as attorney to be noticed, on behalf of Proposed Intervenor-Plaintiff, the New York City Department of Transportation, in the above-titled action.

Dated: New York, New York
April 2, 2025

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the City of New York

                                        _____
                                        Christian C. Harned
                                        Assistant Corporation Counsel
                                        New York City Law Department
                                        100 Church Street
                                        New York, NY 10007
                                        Telephone: (212) 356-1676
                                        chharned@law.nyc.gov