AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| METROPOLITAN TRANSPORTATION AUTH., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Civ. 1413 (LJL) |
| SEAN DUFFY, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: SEAN DUFFY (in his official capacity as Sec. of U.S. Dep't of Transportation); GLORIA M. SHEPERD (in her official capacity as Executive Director of Fed. Highway Admin); U.S. DEPARTMENT of TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION.

Date: 04/08/2025

/s/ Dominika Tarczynska
*Attorney's signature*

DOMINIKA TARCZYNSKA
*Printed name and bar number*

U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Address*

dominika.tarczynska@usdoj.gov
*E-mail address*

(212) 637-2748
*Telephone number*

*FAX number*