AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| METROPOLITAN TRANSPORTATION AUTH., et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 25 Civ. 1413 (LJL) |
| SEAN DUFFY, et al | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
SEAN DUFFY (in his official capacity as Sec. of U.S. Dep't of Transportation); GLORIA M. SHEPERD (in her official capacity as Executive Dir. of Fed. Highway Admin.); U.S. DEP'T OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION.

Date: April 8, 2025

/s/ Christine S. Poscablo
*Attorney's signature*

Christine S. Poscablo
*Printed name and bar number*

86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

christine.poscablo@usdoj.gov
*E-mail address*

(212) 637-2674
*Telephone number*

*FAX number*