UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                              Plaintiffs,

        -v-

SEAN DUFFY, et al.

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025

25-cv-1413 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court adopts as an Order of the Court the case schedule agreed to by the parties and discussed at the initial pretrial conference on April 9, 2025.

      Amendments to complaints are due April 18, 2025.

      Defendants' answer to the amended complaint or complaints is due May 27, 2025.

      Defendants shall produce the administrative record by May 27, 2025. Defendants shall inform the Court by no later than April 23, 2025 whether they anticipate the administrative record to include any documents other than Secretary Duffy's letter dated February 19, 2025.

      Motions to complete or supplement the record, or for extra record discovery, are due June 24, 2025. Oppositions to such motions are due July 15, 2025. Replies in support of such motions are due July 29, 2025.

      Defendants' motion for summary judgment must be filed within thirty days of resolution of the last of any motions for discovery and completion of the last of any resulting discovery and/or supplementation of the record. Plaintiffs' and Intervenors' cross-motions for summary judgment and opposition to Defendants' motion for summary judgment are due thirty days thereafter. Defendants' reply in support of their motion for summary judgment and in opposition

to Plaintiffs' and Intervenors' cross-motions for summary judgment is due fourteen days thereafter. Plaintiffs' and Intervenors' replies in support of their motions for summary judgment are due fourteen days thereafter.

SO ORDERED.

Dated: April 9, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge