UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

*Plaintiffs,*

RIDERS ALLIANCE, SIERRA CLUB, THE NEW YORK STATE DEPARTMENT OF TRANSPORTATION, and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

*Intervenor-Plaintiff,*

v.

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,

*Defendants.*

No. 1:25-cv-01413-LJL

**DECLARATION OF SERVICE**

---

I, James Jenkins, declare as follows:

1. I am employed by the New York City Law Department, counsel in this matter for proposed Intervenor-Plaintiff New York City Department of Transportation. I am over the age of 18 years and not a party to this lawsuit.

2. On April 10, 2025, I served a copy of the Complaint-in-Intervention of Intervenor-Plaintiff New York City Department of Transportation with exhibits via United States Postal Service certified mail upon each of the following:

Gloria M. Shepherd,
Executive Director Federal Highway Administration
Room E87-320
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

Federal Highway Administration
Office of the Chief Counsel,
Room E82-328
1200 New Jersey Avenue, SE
Washington, DC 20590

Pamela Bondi,
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

I declare under penalty of perjury that the foregoing is true and correct.

DATED:     April 10, 2025
           New York, NY


*James Jenkins* (signature)
Signature

James Jenkins
Name

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Federal Highway Admin., Office of the Chief Counsel
Room E82-328
1200 New Jersey Avenue, SE
Washington, DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2680 0000 0306 0158

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federal Highway Administration
   Office of the Chief Counsel
   Room E82-328
   1200 New Jersey Avenue, SE
   Washington, DC 20590

   9590 9402 7771 2152 8848 95

2. Article Number *(Transfer from service label)*
   7017 2680 0000 0306 0158

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7017 2680 0000 0306 0141

7017 2680 0000 0306 0141

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

### SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 7772 2152 9889 36

2. Article Number *(Transfer from service label)*

7017 2680 0000 0306 0141

### *COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark
Here

Sent To: Gloria M. Shepherd, Executive Director
Federal Highway Administration
Room E87-320, 1200 New Jersey Avenue, SE
Washington, DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2680 0000 0306 0134

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gloria M. Shepherd, Executive Director
Federal Highway Administration
Room E87-320
1200 New Jersey Avenue, SE
Washington, DC 20590

9590 9402 7772 2152 9887 14

2. Article Number *(Transfer from service label)*
7017 2680 0000 0306 0134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7017 2680 0000 0306 0172

7017 2680 0000 0306 0172

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

Postmark Here

Sean Duffy, Secretary
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sean Duffy, Secretary
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590

9590 9402 7772 2152 9886 91

2. Article Number *(Transfer from service label)*

7017 2680 0000 0306 0172

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____     Postmark
☐ Certified Mail Restricted Delivery  $ _____   Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
**Total Postage and Fees**
$
Sent To
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Ave, SE
Washington, DC 20590

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Article number: 7017 2680 0000 0306 0165

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Transportation
   Office of the General Counsel
   1200 New Jersey Ave, SE
   Washington, DC 20590

   9590 9402 7772 2152 9886 84

2. Article Number *(Transfer from service label)*
   7017 2680 0000 0306 0165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type                        ☐ Priority Mail Express®
☐ Adult Signature                      ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
☐ Certified Mail®                      ☐ Signature Confirmation™
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN TRANSPORTATION
AUTHORITY and TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY,

                *Plaintiffs,*

RIDERS ALLIANCE, SIERRA CLUB, THE
NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, and THE NEW YORK
CITY DEPARTMENT OF TRANSPORTATION,

                *Intervenor-Plaintiff,*

                v.

SEAN DUFFY, in his official capacity as
Secretary of the United States Department of
Transportation, GLORIA M. SHEPHERD, in
her official capacity as Executive Director of the
Federal Highway Administration, UNITED
STATES DEPARTMENT OF
TRANSPORTATION, and FEDERAL
HIGHWAY ADMINISTRATION,

                *Defendants.*

No. 1:25-cv-01413-LJL

**DECLARATION OF SERVICE**

---

I, Nathan Taylor, declare as follows:

1. I am employed as an Assistant Corporation Counsel by the New York City Law Department, counsel in this matter for Intervenor-Plaintiff New York City Department of Transportation. I am over the age of 18 years and not a party to this lawsuit.

2. On April 10, 2025, I served a copy of the Complaint-in-Intervention of Intervenor-Plaintiff New York City Department of Transportation with exhibits via electronic mail and via CM/ECF, on consent, upon the following:

Amy Cassidy, Elizabeth Read Knauer, John F. Nelson, Mark A. Chertok, and Phillip Dane Warren
**Sive, Paget & Riesel**
560 Lexington Ave
New York, NY 10022
*Counsel for Metropolitan Transportation Authority*

Dennis Brandon Trice, Maximilian Crema, Roberta Ann Kaplan
**Kaplan Martin LLP**
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
*Counsel for Metropolitan Transportation Authority*

Christine Schessler Poscablo, Dominika Natalia Tarczynska, David E. Farber
**U.S. Attorney's Office SDNY**
86 Chambers Street
New York, NY 10007
*Counsel for Sean Duffy, Gloria M. Shepherd, U.S. Dep't of Transportation,* and *Federal Highway Administration*

Dror Ladin
**Earthjustice**
48 Wall Street
Ste 15
New York, NY 10005
*Counsel for Intervenor-Plaintiffs Riders Alliance* and *Sierra Club*

Andrew Gerard Frank
**New York State Office of the Attorney General**
28 Liberty Street, 15th Floor
New York, NY 10005
*Counsel for Intervenor-Plaintiff New York State Department of Transportation*

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   April 14, 2025
         New York, NY

_____
Nathan Taylor