# EXHIBIT D

Case 1:25-cv-01413-LJL     Document 62-4     Filed 04/18/25     Page 1 of 3



**THE SECRETARY OF TRANSPORTATION**
WASHINGTON, DC 20590

March 18, 2025

Mr. Janno Lieber
Chair and Chief Executive Officer
New York Metropolitan Transportation Authority
2 Broadway
New York, NY  10004

Dear Mr. Lieber:

I am writing to you regarding the U.S. Department of Transportation's focus on safe travel in New York City.  To protect the safety of passengers and workers and, in turn, promote travel by public transit, the New York City Transit Authority (NYCT) of the New York Metropolitan Transportation Authority (NYMTA) must ensure a safe and clean environment, reduce crime and fare evasion, and maintain a safe operating system.  Notably, there have been a number of high-profile safety related incidents occurring on the system, and citizens of the city have openly expressed their support for expanded care for individuals struggling with mental illness to specifically address some of these safety concerns.

Therefore, based on the Department's ongoing focus and pursuant to its oversight authority, the Federal Transit Administration (FTA) directs NYCT to provide information about agency practices and expenditures.  See FTA Master Agreement section 3(h)(2)(iii).  The expectation is that NYCT will address this matter promptly to ensure compliance and avoid further FTA enforcement actions up to and including redirecting or withholding funding.  Of key importance will be documentation of actions and funding that ensure effective security for passengers and workers on the NYCT system.

For this FTA review of NYCT actions, please provide the following information:

1. NYCT actions and plans to reduce crime on its system. Please include trends and actions taken to address the following concerns:

    a. Transit worker assaults, including the current status of actions provided to FTA in response to Special Directive 22-14 and General Directive 24-1 relating to de-escalation training, video surveillance, and police patrols. Specifically, include the following:
        i. The number and percentage of employees receiving de-escalation training and the date you expect to be compliant with the requirements of the Public Transportation Agency Safety Plans regulation found at 49 CFR 673.29(a);
        ii. The number of transit worker assaults by month for the last two years; and
        iii. The status of the deployment and effectiveness of the mitigations you provided in response to the above mentioned special and general directives, including video surveillance and police patrols.
    b. Fare evasion, including the most recent data and actions to combat this problem.

2

    c. Criminal activity, including customer assaults (such as passengers being pushed in front of trains) and other crimes taking place on the system, and most recent trends and mitigations put in place to protect the safety of passengers.
    d. Efforts to reduce the number of injuries and fatalities relating to suicide and trespassing, including "subway surfing."

2. NYCT funds from all sources that are programmed to improve the security of passengers and workers. This data should include information about all NYCT's Fiscal Year (FY) 2025 budgeted and FY 2026 planned funds to reduce crime and fare evasion on the NYCT system, including a comparison to prior year funding for such expenses. Please also include the following:

    a. **Security** – Expenditures and budgeted funds that meet the Federal transit program security capital projects set aside requirement for Urbanized Area Formula Grants (49 U.S.C. § 5307(c)(1)(J)(i)).
    b. **Safety** – Expenditures and budgeted funds that meet the Federal transit program safety set aside requirement for Urbanized Area Formula Grants (49 U.S.C. § 5329(d)(4)(B)).
    c. **Non-FTA funds** – Information about funds from other Federal Government agencies directed to the safety and security of NYMTA passengers and workers. This should include any U.S. Department of Homeland Security funds.

Please provide the information to FTA's Region 2 Administrator, Michael Culotta by March 31, 2025.

Also, please recognize that Federal transit law explicitly allows recipients to use capital grants for capital expenses for crime prevention and security activities. See 49 U.S.C. § 5321. NYCT should target Federal resources expeditiously and appropriately for these eligible activities.

People traveling on the NYCT system to reach their jobs, education, health care, and other critical services need to feel secure and travel in a safe environment free of crime; as well, workers who operate the system need to be sure of a safe operating environment to provide transportation service. The transit riders and workers of New York City deserve nothing less.

I appreciate your prompt attention to this matter to avoid further consequences, up to and including redirecting or withholding funding. If I can provide further information or assistance, please reach out or contact Joe DeLorenzo, Associate Administrator for Transit Safety and Oversight and Chief Safety Officer, at (202) 366-5080 or via email at joseph.delorenzo@dot.gov.

Sincerely,

Sean P. Duffy