

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

May 2, 2025

<u>BY CM/ECF</u>
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Metropolitan Transportation Authority v. Duffy*
            No. 1:25-cv-01413-LJL

Dear Judge Liman:

    We write on behalf of intervenor-plaintiff New York State Department of Transportation ("State DOT") in connection with a document that the federal defendants filed in the docket of this case on May 23, 2025 [ECF No. 65] and that the Court then temporarily sealed at the request of those defendants [ECF No. 69].

    Earlier today, the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority (collectively, "MTA") filed a letter requesting that the Court unseal the document and determine that any privilege with respect to the document has been waived [ECF No. 72]. We write to inform the Court that State DOT supports the relief MTA requests in that letter.

                              Respectfully submitted,

                              */s/ Andrew G. Frank*

                              Andrew G. Frank
                              Assistant Attorney General

c:    All counsel of record (by CM/ECF)