AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Metropolitan Transportation Authority, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1413 |
| Duffy, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_all defendants_.

Date:  05/05/2025

/s/ Michael Bruns
*Attorney's signature*

Michael Bruns (CA 305470)
*Printed name and bar number*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC, 2005
*Address*

michael.bruns@usdoj.gov
*E-mail address*

(202) 514-4011
*Telephone number*

(202) 616-8460
*FAX number*