UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>      *Plaintiffs*,<br><br>and<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, and NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>      *Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>      *Defendants*. | Case No. 25 Civ. 1413 (LJL)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE CONSOLIDATED SECOND AMENDED COMPLAINT BY THE METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, NEW YORK STATE DEPARTMENT OF TRANSPORTATION AND NEW YORK CITY DEPARTMENT OF TRANSPORTATION** |

  **PLEASE TAKE NOTICE** that that upon the accompanying Memorandum of Law in Support of Plaintiffs the Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, and Intervenor-Plaintiffs New York State Department of Transportation and New York City Department of Transportation's Motion for Leave to File a Consolidated Second Amended Complaint, and all other papers, pleadings, and proceedings herein, Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority and Intervenor-Plaintiffs New York State Department of Transportation and New York City Department of Transportation will move this Court, before the Honorable Lewis J. Liman, United States District Judge for the

Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an order granting leave to file a consolidated second amended complaint.

Defendants do not oppose this motion.

Dated: May 5, 2025
      New York, New York

Respectfully submitted,

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

Mark A. Chertok
Elizabeth Knauer
Amy Lynn Cassidy
John F. Nelson
Phillip Dane Warren
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Tel.: (212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
acassidy@sprlaw.com
jnelson@sprlaw.com
dwarren@sprlaw.com

*Attorneys for Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority*

LETITIA JAMES
Attorney General of the State of New York

By: <u>/s/ Andrew G. Frank</u>
Andrew G. Frank
Assistant Attorney General
N.Y.S. Attorney General's Office
28 Liberty Street
New York, New York 10005
Tel.: (212) 416-8271
E-mail: andrew.frank@ag.ny.gov

*Attorneys for Intervenor-Plaintiff the New York State Department of Transportation*

<u>/s/ Muriel Goode-Trufant</u>
Corporation Counsel of the City of New York
Nathan Taylor
Christian C. Harned
New York City Law Department
100 Church Street
New York, NY 10007
Tel.: (212) 356-2315 Email:
ntaylor@law.nyc.gov
chharned@law.nyc.gov

*Attorneys for Intervenor-Plaintiff New York City Department of Transportation*

3