UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>*Plaintiffs*,<br><br>and<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, and NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Case No. 25 Civ. 1413 (LJL)<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION BY THE METROPOLITAN TRANSPORTATION AUTHORITY, THE TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, AND NEW YORK CITY DEPARTMENT OF TRANSPORTATION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs the Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA") and Intervenor-Plaintiff New York City Department of Transportation's ("NYCDOT") Motion for a Preliminary Injunction, the Declaration of D. Brandon Trice dated May 5, 2025, the Declaration of Kevin Willens dated May 5, 2025, the Declaration of Allison C. de Cerreño dated May 4, 2025, the Declaration of William Carry dated May 5, 2025, and all other papers, pleadings, and proceedings herein, Plaintiffs MTA and TBTA

and Intervenor-Plaintiff NYCDOT will move this court on May 28, 2025 before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York New York 10007, at a date and time to be determined by the Court, for an order pursuant to 5 U.S.C. § 705 and Rule 65 of the Federal Rules of Civil Procedure staying and preliminarily enjoining Defendants from:

1. Taking any actions to enforce compliance with or implement the February 19, 2025 letter from Defendant Duffy to Governor Hochul purporting to terminate the VPPP Agreement and rescind federal approval for the Central Business District (the "February 19 Letter"), including but not limited to enjoining Defendants from implementing the "compliance measures" detailed in Defendant Duffy's April 21, 2025 letter to Governor Hochul (the "April 21 Letter");

2. Taking any further agency action founded on the February 19 Letter or the April 21 Letter;

3. Withdrawing, cancelling, delaying, rescinding, or withholding any appropriated, authorized, obligated, committed, and/or otherwise due federal funding from Plaintiffs or Intervenor-Plaintiff NYCDOT in retaliation for commencing this action or for continuing to operate the Central Business District Tolling Program;

4. Withdrawing, cancelling, delaying, rescinding, or withholding any appropriated, authorized, obligated, committed, and/or otherwise due federal funding from Plaintiffs or Intervenor-Plaintiff NYCDOT in the absence of constitutional and statutory authority and in compliance with applicable law and procedure.

**PLEASE TAKE FURTHER NOTICE** that, per the Order entered by the Court on May 4, 2025, ECF No. 77, Defendants' opposition to the motion, if any, is due no later than May 16, 2025.

Dated: May 5, 2025
       New York, New York

Respectfully submitted,

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*/s/ Mark A. Chertok*
Mark A. Chertok
Elizabeth Knauer
Amy Lynn Cassidy
John F. Nelson
Phillip Dane Warren
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Tel.: (212) 421-2150
mchertok@sprlaw.com
eknauer@sprlaw.com
acassidy@sprlaw.com
jnelson@sprlaw.com
dwarren@sprlaw.com

*Attorneys for Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority*

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York

/s/ Nathan Taylor
Nathan Taylor
Christian C. Harned
New York City Law Department
100 Church Street
New York, NY 10007
Tel.: (212) 356-2315
ntaylor@law.nyc.gov
chharned@law.nyc.gov

*Attorneys for Intervenor-Plaintiff New York City Department of Transportation*