# EXHIBIT 2



**Donald J. Trump**
@realDonaldTrump

"Congestion Pricing" is a disaster for NYC. I stopped it for years at the Federal level, but Crooked Joe railroaded it through. A massive business killer and tax on New Yorkers, and anyone going into Manhattan. I will TERMINATE Congestion Pricing in my FIRST WEEK back in Office!!! Manhattan is looking for business, not looking to kill business!

**3.12k** ReTruths   **11.7k** Likes                                    May 24, 2024, 2:41 PM