# EXHIBIT 9

Post

USDOT Rapid Response
@USDOTRapid

This is a complete lie by the elitist New York liberal media, whose rich buddies love the idea of pricing poor people out of the city.

The truth is simple agreements on judicial timelines have no bearing on the underlying merits of our case or our position.

Here are the facts:

1. @USDOT's position remains that New York's elitest cordon pricing scheme is illegal, a form of class warfare that targets working Americans, and unfair to the driving public whose tax dollars have already paid for these roads.

2. USDOT's deadline for stopping toll collection has not changed. Make no mistake – the Trump Administration and USDOT will not hesitate to use every tool at our disposal in response to non-compliance later this month.

3. USDOT will continue to fight tooth and nail against this unlawful tax on hardworking Americans.

Don't buy the MTA's spin, who are desperate to manufacture fake news to distract from the fact that their riders are getting assaulted regularly.

> **CBS New York** @CBSNewYork · 18h
> #Breaking: The MTA and the Trump administration have reached an agreement that will keep NYC congestion pricing in place through October.
> cbsloc.al/3R6u3Gg

5:23 PM · Apr 8, 2025 · **7,818** Views

6 26 26 5

