# Exhibit A

## Congestion Pricing 4-24-2019 Meeting Summary

**Introduction**

On April 1, 2019, the New York State legislature and Governor approved the proposed Congestion Pricing Program that would apply to the geographic area in Manhattan south of 60th St. This area is referred to as the Central Business District (CBD). Although entry into the CBD would result in vehicles being tolled, certain roads on the perimeter of the geographic area would not be tolled – these include Route 9A and FDR Drive. The Battery Park underpass and any surface roadway portion of the Hugh L Carey Tunnel connecting to West Street is also not tolled.

On April 24 at the FHWA NY Division Office, FHWA, FTA and USDOT representatives met with New York City Department of the Transportation (NYC DOT), Metropolitan Transportation Authority (MTA), Tri-borough Bridge & Tunnel Authority (TBTA), New York State Department of Transportation (NYSDOT) and the New York Governor's Office representatives to discuss the proposed Congestive Pricing Initiative.

The requested purpose of the meeting was to have an informal discussion, provide FHWA more information on the proposal, and for FHWA to provide technical guidance to New York. It was noted that the NYC DOT, MTA, and TBTA had requested a meeting with USDOT leadership and a meeting occurred the day before, and any policy decisions would be made by USDOT leadership.

**Overview of the Initiative (See Enclosed Handout)**

MTA, TBTA and NYCDOT jointly outlined different elements of the initiative.

<u>Operation</u>

- The System is scheduled to go live no earlier than 12/31/2020.
- A six-member Traffic Mobility Review Board will be formed and will recommend toll rates and policy. The Mobility Review Board will be comprised of 6 persons from the Region.
- An MOU will be developed between NYC DOT and MTA/TBTA within the next 60 days.

<u>Tolling System</u>

- Through legislative exemption, the Congestion Pricing Program is not subject to State environmental review, ULURP (land use requirements) and other NYC local laws.

<u>Tolling Policy</u>

- Variable pricing, with statutory requirements to raise $15 Billion for bonding for the MTA Capital Program.
- Exemptions: emergency vehicles, vehicles transporting persons with disabilities. Mobility Board allowed to exempt others.
- Tax Credit matching toll value for residents of CBD with AGI under $60,000.
- Other policies will be set by MTA Bridges & Tunnels and informed by recommendation of Traffic Mobility Review Board.
- Passenger cars will be charged a fee once per day.

DOT_0041601

Revenue Allocation

- CBD Tolling Capital Lockbox Fund receives all revenues, plus revenue from internet sales tax and real estate transfer tax (approximately $25 Billion).
- Funds can be expended on; system expenses, bond payments, capital projects, securing and maintaining federal approvals.
- Capital Projects: 80% to New York City Transit, 10%to Long Island Railroad and 10% to Metro North Railroad.

Reporting and Studies

- Biennial reporting required of MTA Bridges and Tunnels, in consultation with NYC DOT, on traffic, VMT, bus speeds, emissions, etc - beginning one year after operation date.
- Annual reporting on expenditures from CBD Tolling Program revenues from MTA/TBTA.
- NYC Parking Impact Study: required 18 months from operation date of system.

**Discussion**

Topics and questions below were discussed; however, no decisions were made.

VPP (Federal Approval Needed)

- NYSDOT has an existing temporary Value Pricing Pilot (VPP) slot available for this project.
- Multiple parties allowed in VPP agreement.
- Revenues generated will be used for transit and not for roads.
- What transit improvements are being done prior to implementation of the program?
- How much mode shift is anticipated with variable pricing?
- If tolling fails to meet congestion performance criteria, what is the next option?

NEPA (Federal Approval Needed)

- What classification of NEPA document would be required?
- What type of pre-scoping would need to be done?
- Can there be a "testing of the system" before NEPA is complete?
- What would the study area encompass? A regional study area is important but how will the study area be defined? Tri-State region?
- Is a twenty-year analysis horizon necessary?
- Environmental Justice was identified as a key focus area under NEPA

Finance

- With implementation of this initiative, would NY be precluded from discretionary grants such as BUILD or INFRA?

DOT_0041602

Other Potential Federal Approvals

- ITS Operations, 23 CFR 940 compliance.
- Inclusion in New York Metropolitan Transportation Council's Long Range Transportation Plan.
- Inclusion in in the Air Quality Conformity analysis and model.

**Immediate Next Steps**

FHWA

- Provide MTA/TBTA/NYCDOT with templates for a VPP Expression of Interest.
- Provide MTA/TBTA/NYCDOT with an example of a Cooperative Agreement.
- Identify a POC within FHWA.
- Continue to provide New York technical advice as requested.

MTA /TBTA/NYC DOT

- Any follow up questions about the federal process and requirements for US Department of Transportation leadership.
- A schedule for the Congestion Pricing Initiative, NEPA (consider potential impacts in determining class of action), and other potential federal requirements and provided to US Department of Transportation leadership.
- Schedule a follow up meeting with the US Department of Transportation leadership per 4/23/19 meeting.

3

# CBD TOLLING PROGRAM  
## Key Components of State Authorizing Legislation



Fifth Avenue Congestion

### Operation:
- Traffic Mobility Review Board to recommend toll rates and policy between 11/15/20 and 12/31/20
- System goes live no earlier than 12/31/2020
- 30 day testing period
- 60 day period where tolls can be collected but no other "fees or fines"
- Public Information Campaign Required

## Tolling System

- MTA Bridges & Tunnels will establish the Central Business District (CBD) Tolling Program. Program to be planned designed, constructed, installed by MTA Bridges & Tunnels, pursuant to MOU with NYC DOT
- MOU required within sixty days shall also address use of existing City assets and reimbursable costs
- Not subject to State environmental review, ULURP and other NYC local laws

## Tolling Policy

- Variable pricing, with statutory requirement to raise $15 Billion for MTA Capital Program
- Exemptions: emergency vehicles, vehicles transporting persons with disabilities
- Tax Credit matching toll value for residents of CBD with AGI of under $60,000
- Other policies will be set by MTA Bridges & Tunnels, and informed by recommendations of Traffic Mobility Review Board
- 6 persons appointed by MTA Bridges & Tunnels, one at recommendation of Mayor. One member resides in LIRR area, one in Metro North area
- Passenger cars will be charged once per day

April 2019

DOT_0044150

## Geography

- South of and inclusive of 60th street but shall not include the FDR Drive, and New York state route 9A including the Battery Park underpass and any surface roadway portion of the Hugh L. Carey Tunnel connecting to West St

- Signage required prior to entering CBD to provide notice and toll rates

  □ Tolling Zone
  ── Exempted Road



## Revenue Allocation

- Central Business District Tolling Capital Lockbox Fund receives all revenues, plus revenue from internet sales tax and real estate transfer tax (approximately $25 Billion)
- Funds can be expended on: system expenses, bond payments, capital projects, securing and maintaining federal approval
- Capital Projects: 80% to NYCT, 10% to LIRR, 10% to Metro North

## Reporting and Studies

- Biennial reporting required of MTA Bridges & Tunnels, in consultation with NYC DOT, on traffic, VMT, bus speeds, emissions, bus speeds etc… (beginning one year after operation date)
- Annual reporting on expenditures from CBD Tolling Program revenues from MTA Bridges & Tunnels
- NYC Parking Impact Study: required 18 months from operation date of system

DOT_0044151