# Exhibit E

  

January 27, 2020

The Honorable Nicole R. Nason
Administrator
Federal Highway Administration
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

Dear Administrator Nason:

We appreciate the guidance provided by you, Under Secretary Szabat and your colleagues at the U.S. Department of Transportation during our December 17, 2019 meeting. To facilitate the Federal Highway Administration's pending review of New York State's request to proceed with an area-wide pricing program under the Value Pricing Pilot Program, we are pleased to transmit the requested Traffic and Revenue Study (attached).

The Study provides a framework for the projected range of effects on vehicle trips, including vehicle miles traveled and transit modal shares for both the Manhattan Central Business District and greater New York City region, using a broad range of potential tolling rates. Based on the comprehensive planning work to date, the Study shows a potential reduction in vehicle miles traveled of approximately eight-percent in the Central Business District – levels which would likely improve travel speeds and reduce congestion. Further, the Study shows an overall congestion benefit for the larger region of nearly 600,000 fewer vehicle miles traveled. The Study also indicates that the estimated revenues are consistent with the reasonably expected locally-derived resources necessary to implement New York State's Traffic Mobility Act.

We greatly appreciate your expedited review of the State's Value Pricing Pilot Program request and look forward to working closely with your team to advance this nation-leading approach toward implementing innovative local strategies to reduce congestion. To aid in your review, we are also attaching a copy of the letter response we sent in December. If you have any questions pertaining to the attached study, please contact any of us directly at MarieTherese.Dominguez@dot.ny.gov, 518-457-4422; PFoye@mtahq.org, 212-878-7230; or PTrottenberg@dot.nyc.gov, 212-839-6400.

Sincerely,

Marie Therese Dominguez
Commissioner
NYSDOT

Patrick J. Foye
Chairman and CEO
MTA

Polly Trottenberg
Commissioner
NYCDOT

CC:  J. Szabat, Under Secretary Transportation for Policy, USDOT
     R. Epstein, Executive Deputy Commissioner, NYSDOT
     A. C. de Cerreño, Senior Vice President, MTA/TBTA
     W. Carry, Senior Director, NYCDOT