# Exhibit G



Office of the Administrator

1200 New Jersey Ave., SE
Washington, D.C. 20590

September 3, 2020

Ms. Polly Trottenberg
Commissioner
New York City Department of Transportation
55 Water Street, 9th Floor
New York, NY  10041

Dear Commissioner Trottenberg:

Thank you for your letter of July 2, 2020, requesting that the Federal Highway Administration (FHWA) take immediate action on the New York City Department of Transportation's (NYCDOT) Expression of Interest (EOI) for the proposed Central Business District (CBD) Tolling Program, as well as expediting the environmental review of the CBD Program under the National Environmental Policy Act (NEPA).

The FHWA appreciates the data provided in the Traffic and Revenue (T&R) Study submitted on January 27, 2020.  Shortly after your submission of the T&R Study, the COVID-19 public health emergency resulted in an unprecedented situation that has created unforeseen circumstances across the country, and especially in New York City.  In particular, Governors, Mayors and other public officials have had to take extraordinary steps to respond to this public health emergency such as order lockdowns, closures of businesses, and impose restrictions on the use of public transit.  These steps, and other actions taken by citizens with respect to travel and social distancing, have had many unforeseen impacts, including to traffic within the CBD.  Considering these circumstances, please provide updated data on the COVID-19 impacts to current and anticipated traffic levels in the CBD and impacts to public transit ridership.

As you know, the impact on congestion is a relevant consideration under the Value Pricing Pilot Program (VPPP).  Given the current unprecedented public health emergency, FHWA needs to assess current traffic levels and public transit ridership as well as an anticipated time line under which NYCDOT's and other traffic and commercial experts estimate would return to pre-COVID-19 levels of congestion to inform our decisionmaking under NEPA and the VPPP.

If you have any questions regarding this or other matters, please feel free to contact me.  I am providing identical replies to the co-signers.

Sincerely,

Nicole R. Nason
Administrator



Office of the Administrator

1200 New Jersey Ave., SE
Washington, D.C. 20590

September 3, 2020

Marie Therese Dominguez
Commissioner
New York State Department of Transportation
50 Wolf Road
Albany, NY  12232

Dear Commissioner Dominguez:

Thank you for your letter of July 2, 2020, requesting that the Federal Highway Administration (FHWA) take immediate action on the New York City Department of Transportation's (NYCDOT) Expression of Interest (EOI) for the proposed Central Business District (CBD) Tolling Program, as well as expediting the environmental review of the CBD Program under the National Environmental Policy Act (NEPA).

The FHWA appreciates the data provided in the Traffic and Revenue (T&R) Study submitted on January 27, 2020.  Shortly after your submission of the T&R Study, the COVID-19 public health emergency resulted in an unprecedented situation that has created unforeseen circumstances across the country, and especially in New York City.  In particular, Governors, Mayors and other public officials have had to take extraordinary steps to respond to this public health emergency such as order lockdowns, closures of businesses, and impose restrictions on the use of public transit.  These steps, and other actions taken by citizens with respect to travel and social distancing, have had many unforeseen impacts, including to traffic within the CBD.  Considering these circumstances, please provide updated data on the COVID-19 impacts to current and anticipated traffic levels in the CBD and impacts to public transit ridership.

As you know, the impact on congestion is a relevant consideration under the Value Pricing Pilot Program (VPPP).  Given the current unprecedented public health emergency, FHWA needs to assess current traffic levels and public transit ridership as well as an anticipated time line under which NYCDOT's and other traffic and commercial experts estimate would return to pre-COVID-19 levels of congestion to inform our decisionmaking under NEPA and the VPPP.

If you have any questions regarding this or other matters, please feel free to contact me.  I am providing identical replies to the co-signers.

Sincerely,

Nicole R. Nason
Administrator



Office of the Administrator

1200 New Jersey Ave., SE
Washington, D.C. 20590

September 3, 2020

Patrick J. Foye
Chairman and Chief Executive Officer
Metropolitan Transportation Authority
2 Broadway
New York, NY  10004

Dear Chairman Foye:

Thank you for your letter of July 2, 2020, requesting that the Federal Highway Administration (FHWA) take immediate action on the New York City Department of Transportation's (NYCDOT) Expression of Interest (EOI) for the proposed Central Business District (CBD) Tolling Program, as well as expediting the environmental review of the CBD Program under the National Environmental Policy Act (NEPA).

The FHWA appreciates the data provided in the Traffic and Revenue (T&R) Study submitted on January 27, 2020.  Shortly after your submission of the T&R Study, the COVID-19 public health emergency resulted in an unprecedented situation that has created unforeseen circumstances across the country, and especially in New York City.  In particular, Governors, Mayors and other public officials have had to take extraordinary steps to respond to this public health emergency such as order lockdowns, closures of businesses, and impose restrictions on the use of public transit.  These steps, and other actions taken by citizens with respect to travel and social distancing, have had many unforeseen impacts, including to traffic within the CBD.  Considering these circumstances, please provide updated data on the COVID-19 impacts to current and anticipated traffic levels in the CBD and impacts to public transit ridership.

As you know, the impact on congestion is a relevant consideration under the Value Pricing Pilot Program (VPPP).  Given the current unprecedented public health emergency, FHWA needs to assess current traffic levels and public transit ridership as well as an anticipated time line under which NYCDOT's and other traffic and commercial experts estimate would return to pre-COVID-19 levels of congestion to inform our decisionmaking under NEPA and the VPPP.

If you have any questions regarding this or other matters, please feel free to contact me.  I am providing identical replies to the co-signers.

Sincerely,

Nicole R. Nason
Administrator