# Exhibit J



# Traffic Patterns in the Bronx
# Post-Congestion Pricing

March 2025

*Photo by Axel Drainville (Flickr)*

  

# Cross Bronx Expressway
*From the George Washington Bridge to the Bruckner Interchange*

## Traffic Volumes

Overall, traffic and truck volumes are slightly down.

## Traffic Speeds

Traffic speeds have increased in both directions

**Average daily traffic volumes on CBE**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| All vehicles | 146,711 | 143,043 | -2.5% |
| Trucks | 18,034 | 17,811 | -1.2% |

*Source: NYSDOT traffic counter*

**Median traffic speeds on CBE**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| Westbound | 15.5 mph | 17.7 mph | 14.2% |
| Eastbound | 28.4 mph | 30.8 mph | 8.5% |

*Source: TRANSCOM, daytime peak hours (5am-9pm)*

2

  

# Robert F. Kennedy Bridge

## Traffic Volumes

Small increase in overall vehicles and a reduction in truck traffic

## Traffic Speeds

Northbound speeds have increased, while southbound speeds have slightly decreased

**Average daily traffic volumes on RFK**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| All vehicles | 171,400 | 174,700 | 1.9% |
| Trucks | 8,027 | 7,813 | -2.7% |

*Source: TBTA toll plaza data*

**Median traffic speeds on RFK**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| Northbound | 38.2 mph | 39.6 mph | 3.7% |
| Southbound | 39.6 mph | 39.3 mph | -0.8% |

*Source: TRANSCOM, daytime peak hours (5am-9pm)*

3

  

# Major Deegan Expressway
*From Westchester to the RFK Bridge*

## Traffic Volumes

**Average daily traffic volumes on Maj. Deegan N of Mosholu Pkwy**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| All vehicles | 126,690 | 125,458 | - 1.0% |

*Source: NYSDOT traffic counter; volumes by class of vehicle not counted at this site*

**Average mid-week daily traffic volumes on Maj. Deegan at Willis Avenue**

|  | Nov 2023 | May 2024 | Oct 2024 | Jan 2025 |
|---|---|---|---|---|
| All vehicles | 138,101 | 154,663 | 136,830 | 121,828 |
| Trucks | 11,746 | 13,021 | 11,199 | 10,152 |

*Source: NYSDOT special short count program*

## Traffic Speeds

Traffic speeds were comparable to last year, with very minor increases in both directions

**Median traffic speeds on Maj. Deegan**

|  | Jan-Feb 2024 | Jan-Feb 2025 | % change |
|---|---|---|---|
| Northbound | 36.3 mph | 36.9 mph | 1.7% |
| Southbound | 37.1 mph | 37.6 mph | 1.3% |

*Source: TRANSCOM, daytime peak hours (5am-9pm)*

4

  

# Bruckner Expressway
*From the RFK Bridge to the Bruckner Interchange*

## Traffic Volumes

Additional traffic volume data to be collected this fall

## Traffic Speeds

Traffic speeds have risen, though likely due to construction during past years

**Average mid-week daily traffic volumes on Bruckner between RFK and Sheridan Expressway**

|  | Oct-Nov 2019 | Nov 2023 | Oct 2024 | Fall 2025 |
|---|---|---|---|---|
| All vehicles | 116,676 | 124,214 | 115,735 | TBA |
| Trucks | -- | -- | 7,107 | TBA |

*Source: NYCDOT traffic counts and NYSDOT special short count program*

**Median traffic speeds on Bruckner**

|  | Jan-Feb 2023 | Jan-Feb 2024 | Jan-Feb 2025 |
|---|---|---|---|
| Westbound | 31.1 mph | 33.2 mph | 41.9 mph |
| Eastbound | 43.8 mph | 38.9 mph | 45.8 mph |

*Source: TRANSCOM, daytime peak hours (5am-9pm)*

5

  

# View MTA Traffic Data on our Open Data Portal



Data available online: metrics.mta.info

6