

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

May 6, 2025

BY CM/ECF
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Metropolitan Transportation Authority v. Duffy*
           No. 1:25-cv-01413-LJL

Dear Judge Liman:

    We write on behalf of intervenor-plaintiff New York State Department of Transportation ("State DOT") to request leave, *nunc pro tunc*, for the late filing of State DOT's opening preliminary injunction papers early this morning [ECF Nos. 88, 89, 90]. Per the Court's order [ECF No. 77], those papers were due yesterday.

    To avoid filing duplicative material, State DOT's motion papers incorporated by reference parts of the preliminary injunction papers filed by the Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, and the New York City Department of Transportation [ECF Nos. 83, 87]. Because those parties were unable to file their papers until late in the evening, we were unable to finalize cross-references to those papers in our papers and file until slightly after midnight. We assume that this slight delay will not impact defendants' ability to meet the May 16 deadline for their opposition brief.

    Thank you for the Court's consideration of this request.

                                              Respectfully submitted,

                                               /s/ *Andrew G. Frank*

                                             Andrew G. Frank
                                             Assistant Attorney General

c:    All counsel of record (by CM/ECF)