UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>*Plaintiffs*,<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, *et al.*,<br><br>*Defendants*, | No. 25-cv-1413 (LJL) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Harry Sandick from the law firm of Patterson Belknap Webb & Tyler LLP hereby appears as counsel of record for *amicus curiae* NYC School Bus Umbrella Services, Inc. in this action.

Date: May 14, 2025

/s/ Harry Sandick
Harry Sandick
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
hsandick@pbwt.com

*Counsel for Amicus Curiae NYC School Bus Umbrella Services, Inc.*