UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>*Plaintiffs*,<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, *et al.*,<br><br>*Defendants*, | No. 25-cv-1413 (LJL) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of *Amicus Curiae* NYC School Bus Umbrella Services, Inc. for Leave to File an *Amicus* Brief, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed *Amicus* Brief attached to the Motion for Leave to File an *Amicus* Brief to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

Dated: _____          _____
                                                                                              HON. LEWIS J. LIMAN
                                                                                              UNITED STATES DISTRICT JUDGE