# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-1413 LJL <br><br> **Notice of Motion** <br><br> ORAL ARGUMENT REQUESTED <br><br> Hon. Lewis J. Liman |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law any further submissions made hereafter, before the Honorable Lewis J. Liman, at the United States Court House, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, movants Environmental Defense Fund, through their undersigned counsel, will move this Court for an Order granting leave to file a brief as *amicus curiae* and granting such other and further relief as the Court deems just and proper.

Dated: May 15, 2025

Respectfully submitted,

*/s/ Andrew D. Otis*
Andrew D. Otis
Karen Steinberg Kennedy

KL3 3668082.1

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Aotis@kramerlevin.com
Kkennedy@kramerlevin.com

Charles S. Warren
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100
CWarren@mclaughlinstern.com


Eric A. Goldstein
Mark A. Izeman
NATURAL RESOURCES
DEFENSE COUNCIL
40 West 20th Street, 11th Floor
New York, New York 10011
Telephone: (212) 727-2700
Egoldstein@nrdc.org
Mizeman@nrdc.org