UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>    Plaintiffs,<br><br> and<br><br>RIDERS ALLIANCE and SIERRA CLUB, NEW YORK STATE DEPARTMENT OF TRANSPORTATION, and NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>    Intervenor-Plaintiffs,<br><br> v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>    Defendants. | Case No. 1:25-cv-01413-LJL |

**NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY 504 DEMOCRATIC CLUB, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, ELEVATOR ACTION GROUP, HARLEM INDEPENDENT LIVING CENTER, MOBILIZATION FOR JUSTICE, AND NEW YORK LAWYERS FOR THE PUBLIC INTEREST**

1

PLEASE TAKE NOTICE that on such date and time as counsel may be heard, proposed *amici curiae* 504 Democratic Club; Center for Independence of the Disabled, New York; Elevator Action Group; Harlem Independent Living Center; Mobilization for Justice; and New York Lawyers for the Public Interest, ("Proposed Amici"), by and through their undersigned attorneys, shall move before the Honorable Lewis J. Liman for leave to file a brief as *amici curiae* in support of the Plaintiffs and Intervenor-Plaintiffs in this action.

PLEASE TAKE FURTHER NOTICE that Proposed Amici shall rely upon the accompanying Memorandum of Law in support of this motion.

PLEASE TAKE FURTHER NOTICE that all parties (Plaintiffs Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, Riders Alliance, Sierra Club, New York State Department of Transportation, and New York City Department of Transportation, and Defendants Sean Duffy, Gloria M. Shepherd, United States Department of Transportation, and Federal Highway Administration) consent to the relief sought in this motion.

Date:   May 15, 2025
        New York, NY

/s/ Michael N. Litrownik
Michael N. Litrownik
Sebastian Riccardi
Ellie MacLean
MOBILIZATION FOR JUSTICE, INC.
100 William Street, 6th Floor
New York, New York 10038
(212) 417-3700
mlitrownik@mfjlegal.org

Christopher Schuyler
NEW YORK LAWYERS FOR THE PUBLIC INTEREST
151 West 30th Street, 11th Floor
New York, NY 10001
(212) 244-4664
cschuyler@nylpi.org

Daniel Mullkoff
WANG HECKER LLP
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2606
dmullkoff@wanghecker.com

*Counsel for Proposed Amici Curiae*