AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Metropolitan Transportation Authority, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-1413-LJL |
| Duffy, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 05/16/2025

/s/ Samuel S. Holt
*Attorney's signature*

Samuel S. Holt (CO 59613)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC, 20005
*Address*

Samuel.Holt2@usdoj.gov
*E-mail address*

(202) 674-9761
*Telephone number*

(202) 616-8460
*FAX number*