UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>*Plaintiffs*,<br><br>and<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, and NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Case No. 25 Civ. 1413 (LJL) |

**DECLARATION OF D. BRANDON TRICE IN SUPPORT OF PLAINTIFFS THE METROPOLITAN TRANSPORTATION AUTHORITY AND TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY AND INTERVENOR-PLAINTIFF NEW YORK CITY DEPARTMENT OF TRANSPORTATION'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR <u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

I, D. Brandon Trice, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Martin LLP, counsel for Plaintiffs the

Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA") in the above-captioned action.

2. I respectfully submit this declaration in support of Plaintiffs and Intervenor-Plaintiff New York City Department of Transportation's ("NYCDOT") motion for a preliminary injunction (ECF 82).

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs MTA and TBTA's Response to Secretary Duffy's April 21, 2025 Order to Show Cause.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Intervenor-Plaintiff NYCDOT's Response to Secretary Duffy's April 21, 2025 Order to Show Cause.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York                              /s/ D. Brandon Trice
       May 22, 2025                                                  D. Brandon Trice