```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
METROPOLITAN TRANSPORTATION                                       :
AUTHORITY, et al.,                                                :
                                                                  :
                            Plaintiffs,                           :    25-cv-1413 (LJL)
                                                                  :
            -v-                                                   :         ORDER
                                                                  :
SEAN DUFFY, et al.                                                :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2025

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing on the pending motions for a preliminary injunction on May 27, 2025 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Each side will have 45 minutes to present. Plaintiffs may reserve time for rebuttal.

SO ORDERED.

Dated: May 23, 2025
       New York, New York

_____
          LEWIS J. LIMAN
      United States District Judge