AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Metropolitan Transportation Authority, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1413-LJL |
| Duffy, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 05/26/2025

/s/ Charles E.T. Roberts
*Attorney's signature*

Charles E.T. Roberts (DC 1780573)
*Printed name and bar number*

U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
*Address*

Charles.Roberts2@usdoj.gov
*E-mail address*

(202) 305-1141
*Telephone number*

(202) 616-8470
*FAX number*