```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
METROPOLITAN TRANSPORTATION                                      :
AUTHORITY, et al.,                                               :
                                                                 :
                          Plaintiffs,                            :    25-cv-1413 (LJL)
                                                                 :
        -v-                                                      :    TEMPORARY
                                                                 :    RESTRAINING ORDER
SEAN DUFFY, et al.                                               :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record at the hearing held on May 27, 2025, the Court issues the following temporary restraining order:

Defendants Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, the United States Department of Transportation, and the Federal Highway Administration as well as all persons identified under Federal Rule of Civil Procedure 65(d)(2), including all of their respective officers , agents, servants, employees, and attorneys, are temporarily restrained from taking any action founded on the February 19, 2025 letter from Secretary Duffy to Governor Hochul purporting to terminate the VPPP agreement and rescind federal approval for New York's Central Business District tolling program including any action to enforce compliance with or implement the February 19 letter, Defendants' purported termination of the VPPP agreement, or Defendants' purported termination of the tolling program.  Defendants are also restrained from taking any of the "compliance measures" set forth in the April 21, 2025 letter from Secretary Duffy to Governor Hochul to enforce compliance with or implement the February 19 letter, Defendants purported termination of the VPPP agreement, or Defendants'

purported termination of the tolling program. For avoidance of doubt, Defendants are enjoined from withholding federal funds, approvals, or authorizations from New York State or local agencies to enforce compliance with or implement the February 19 letter, Defendants purported termination of the VPPP agreement, or Defendants' purported termination of the tolling program.

This temporary restraining order shall expire at 5:00 p.m. on June 9, 2025.

SO ORDERED.

Dated: May 27, 2025 at 11:45 a.m.
      New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge