# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-10365-LJL |
| | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| MICHAEL MULGREW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-1644-LJL |
| | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-367-LJL |
| | ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | | |
|---|---|---|
| TRUCKING ASSOCIATION OF NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*, | ) | No. 1:24-CV-4111-LJL |
| | ) | |
| Defendants, | ) | |
| | ) | |
| LETITIA JAMES, Attorney General of the State of New York, | ) | |
| | ) | |
| Intervenor. | ) | |
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| NEW YORK STATE DEPARTMENT OF TRANSPORTATION, *et al.* | ) | |
| | ) | |
| Intervenor-Plaintiffs, | ) | No. 1:25-cv-1413-LJL |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 1.4(b), I, Andrew G. Frank, hereby state that on June 16, 2025 I served the Notice of Motion and Motion for Leave to Withdraw [*Chan* ECF No. 181; *Mulgrew* ECF No. 164; *New Yorkers Against* ECF No. 149; *Trucking Association* ECF No. 109; *Metropolitan Transportation Authority v. Duffy* ECF No.

2

140] on defendant Stephanie Winkelhake (in case nos. 1:23-cv-10365-LJL, 1:24-cv-1644-LJL), defendant Nicholas Choubah (in case no. 1:23-cv-10365-LJL), intervenor Letitia James (in case no. 1:24-cv-4111-LJL), defendant New York State Department of Transportation ("State DOT") (in case nos. 1:25-cv-367-LJL, 1:25-1644-LJL) and intervenor-plaintiff State DOT (in case no. 1:25-cv-1413-LJL) by first-class mail and e-mail at the following addresses:

| | | |
|---|---|---|
| The New York State Department of Transportation, Stephanie Winkelhake and Nicholas Choubah | : | Timothy Lennon<br>Assistant Commissioner and General Counsel<br>New York State Department of Transportation<br>50 Wolf Road<br>Albany, NY  12232<br>timothy.lennon@dot.ny.gov |
| Letitia James: | | Mihir Desai<br>Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty Street<br>New York, NY 10005<br>mihir.desai@ag.ny.gov |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2025

                                                               /s/ Andrew G. Frank
                                                               Andrew G. Frank
                                                               Assistant Attorney General
                                                               New York State Attorney General's Office
                                                               28 Liberty Street
                                                               New York, NY  10005
                                                               Telephone:  212-416-8271
                                                               E-mail:  andrew.frank@ag.ny.gov

3