

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

June 24, 2025

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   *Re:* *Metro. Transp. Auth., et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

   I write on behalf of Plaintiffs the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority. Counsel for the parties have conferred and agree that Local Civil Rule 56.1 does not apply to the forthcoming motions for summary judgment. *See* L. Civ. R. 56.1(a) ("This rule does not apply to claims brought under the Administrative Procedure Act[.]"). We write to confirm that this course of action is consistent with Your Honor's expectations.

         Respectfully submitted,

         Roberta A. Kaplan

cc: Counsel of Record (via ECF)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

June 24, 2025