UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al., <br><br>       Plaintiffs, <br><br> NEW YORK CITY DEPARTMENT OF TRANSPORTATION, et al., <br><br>       Intervenor-Plaintiffs, <br><br>       v. <br><br> SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, et al., <br><br>       Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL <br><br> **DECLARATION OF DROR LADIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Dror Ladin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am a member in good standing of the bar of the State of New York and am admitted to appear before this Court. I am an attorney at Earthjustice and counsel for Intervenor-Plaintiffs Riders Alliance and Sierra Club in the above-captioned matter.

    2.    I respectfully submit this declaration in support of Intervenor-Plaintiffs' motion for partial summary judgment.

    3.    Attached hereto are excerpts from the Administrative Record lodged by Defendants in this case. While these materials were included by Defendants in the certified list of contents, they were not filed on this docket. The materials were previously filed with the Court in a companion case, *Elizabeth Chan et al. v. U.S. Dep't of Transportation*, 1:23-cv-10365-LJL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2025

                                                   __/s/ Dror Ladin_____
                                                   Dror Ladin