UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>      Plaintiffs,<br><br>NEW YORK CITY DEPARTMENT OF TRANSPORTATION, et al.,<br><br>      Intervenor-Plaintiffs,<br><br>    v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 1:25-cv-01413-LJL<br><br>**DECLARATION OF WILLIAM CRYER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    1.    I, William Cryer, set forth that I am over the age of 18 years and am competent to attest to the facts contained in this Declaration.

    2.    I live with my family in Inwood, in upper Manhattan. I've lived there for about ten years.

    3.    I commute to work at Squarespace, in the West Village, which is in Manhattan's Central Business District. I am usually in the West Village three days per week.

    4.    Before congestion pricing began, traffic congestion in the West Village was terrible. Pedestrian safety was a frequent source of concern, because congestion was so heavy that it was difficult to cross Varick Street. Crosswalks were frequently jammed with cars, so that when I crossed the street I was forced to weave between stopped cars.

    5.    My office is located near the entrance to the Holland Tunnel, and every afternoon there was a sea of cars honking at the entrance, which disrupted my concentration and impeded my ability to work along with my co-workers' abilities.

6.  In addition, the air pollution caused by traffic congestion is a source of concern for me. I frequently commuted by bike on the West Side bike path, and I participated in a study of air quality for bike commuters. Outdoor commuters like me have a particularly strong stake in the health effects of traffic fumes, as we are directly exposed to fumes for the entire length of our commutes.

7.  Since congestion pricing went into effect, I have noticed a reduction in traffic near my office. Honking is down, and the streets are safer to cross.

8.  I am also looking forward to the long-term improvements made possible by congestion pricing. My family lives near the Kingsbridge bus depot and the electrification of that bus depot will improve the air quality in Inwood. As an A train rider, I look forward to signal upgrades and other investments that will improve the reliability and functioning of the public transit system. And as parent, I look forward to the increased availability of elevators at subway stations, for when I am traveling with a stroller.

9.  I support congestion pricing because we need to prioritize public transit so that the city can function.

I declare under penalty of perjury and under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 27, 2025

_____
William Cryer