UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

*Plaintiffs*,

and

NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, and NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

*Intervenor-Plaintiffs*,

v.

SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, GLORIA M. SHEPHERD, in her official capacity as Executive Director of the Federal Highway Administration, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION,

*Defendants*.

Case No. 25 Civ. 1413 (LJL)

---

### DECLARATION OF D. BRANDON TRICE IN SUPPORT OF PLAINTIFFS THE METROPOLITAN TRANSPORTATION AUTHORITY AND TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY AND INTERVENOR-PLAINTIFF NEW YORK CITY DEPARTMENT OF TRANSPORTATION'S <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

I, D. Brandon Trice, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Martin LLP, counsel for Plaintiffs the

Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority in the above-captioned action.

2.  I respectfully submit this declaration in support of Plaintiffs and Intervenor-Plaintiff New York City Department of Transportation's motion for partial summary judgment.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the May 27, 2025 hearing in this matter before the Honorable Lewis J. Liman, United States District Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 27, 2025  /s/ D. Brandon Trice
        New York, New York  D. Brandon Trice