UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN TRANSPORTATION
AUTHORITY & TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY,

        Plaintiffs,

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, RIDERS ALLIANCE,
SIERRA CLUB, & NEW YORK
DEPARTMENT OF TRANSPORTATION

        Intervenor-Plaintiffs,

        v.

SEAN DUFFY, et al.

        Defendants.

Case No. 25-cv-01413-LJL

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of the Their Motion for Summary Judgment and (2) the Administrative Record and Exhibit A, Defendants Sean Duffy ("the Secretary"), in his official capacity as Secretary of the United States Department of Transportation ("DOT"), Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration ("FHWA"), DOT, and FHWA hereby move this Court for an order granting summary judgment in favor of Defendants and against all Plaintiffs and Intervenor-Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: June 27, 2025.                               Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Michael Bruns*
Michael Bruns
Samuel S. Holt
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: 202-514-4011
Email: michael.bruns@usdoj.gov