UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY & TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Plaintiffs,<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, & NEW YORK DEPARTMENT OF TRANSPORTATION<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>SEAN DUFFY, et al.<br><br>Defendants. | Case No. 25-cv-01413-LJL |

**[PROPOSED] ORDER**

Having considered Defendants' motion for summary judgment, Plaintiffs' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED; and

Summary Judgement is ENTERED in favor of Defendants on all counts.

SO ORDERED.

Dated: _____     _____
                                                                                      Hon. Lewis J. Liman
                                                                                      United States District Judge