UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN DUFFY, et al.<br><br>    Defendants. | Case No. 25-cv-1413 (LJL)<br><br>**NOTICE OF APPEARANCE** |

**To the Clerk of Court and All Parties of Record:**

Please take Notice that Brian Farkas, an attorney admitted to practice before this Court, hereby enters his appearance on behalf of Proposed *Amicus Curiae* Regional Plan Association, Inc. ("RPA"). The Clerk is respectfully requested to copy him on all filings and notices.

Dated: New York, NY
       June 30, 2025

                              ARENTFOX SCHIFF LLP

                              */s/ Brian Farkas*
                              Brian Farkas
                              James G. Pizzo
                              1301 Avenue of the Americas, 42nd Floor
                              New York, New York 10019
                              (212) 484-3900
                              brian.farkas@afslaw.com
                              james.pizzo@afslaw.com

                              *Attorneys for Amicus Curiae Regional Plan Association, Inc.*

1