UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN DUFFY, et al.<br><br>    Defendants. | Case No. 25-cv-1413 (LJL)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Regional Plan Association, Inc. will move this Court before the Hon. Lewis J. Liman, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be determined by the Court, for leave to file the Proposed Brief of Amicus Curiae attached hereto as Exhibit A in Support of Plaintiff Metropolitan Transportation Authority's Motion for Summary Judgment.

Dated: New York, NY
       June 30, 2025

                                            ARENTFOX SCHIFF LLP

                                            */s/ Brian Farkas*
                                            Brian Farkas
                                            James G. Pizzo
                                            1301 Avenue of the Americas, 42nd Floor
                                            New York, New York 10019
                                            (212) 484-3900
                                            brian.farkas@afslaw.com
                                            james.pizzo@afslaw.com

                                            *Attorneys for Amicus Curiae Regional Plan Association, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2025, I electronically filed the attached Notice of Motion with the Clerk of the Court of the U.S. District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian Farkas*
Brian Farkas