# EXHIBIT B

# Declaration of Rachel Weinberger, PhD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, et al.<br><br>Plaintiff,<br><br>v.<br><br>SEAN DUFFY, et al.<br><br>Defendants. | Case No. 25-cv-1413 (LJL) |

## DECLARATION OF RACHEL WEINBERGER, PHD

I, Rachel Weinberger, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Peter W. Herman Chair for Transportation at Regional Plan Association, Inc. ("RPA"). I have worked at RPA since 2019. I lead a team of researchers and policy analysts at RPA with a particular focus in research design and transportation.

2. By way of background, I earned my B.A. and M.U.P. from Hunter College of the City University of New York, and my Ph.D. in Urban Planning and a M.S. in Civil Engineering from the University of California, Berkeley.

3. I have spent my career working on transportation services and research. Before joining RPA, I served as a Senior Policy Advisor on transportation to the New York City Office of Long Term Planning and Sustainability, and Director of Research and Policy Strategy for Nelson\Nygaard Consulting Associates. I also served as an Assistant Professor of Urban Planning at the University of Pennsylvania. I am now an Adjunct Associate Professor of Urban Planning at Columbia University.

2

4. I have reviewed RPA's proposed *Amicus Curiae* Brief, with which I have familiarity. Should the Court deem it helpful or appropriate, I am willing to testify to the contents of RPA's filings, including the arguments and data set forth therein.

Dated: New York, NY
       June 30, 2025

                                                */s/ Rachel Weinberger*
                                                   Rachel Weinberger, PhD