# EXHIBIT 1



Headquarters

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

July 7, 2025

Mr. Janno Lieber
Chair and Chief Executive Officer
New York Metropolitan Transportation Authority
2 Broadway
New York, NY 10004

Dear Mr. Lieber:

I write regarding your March 30, 2025 response to Transportation Secretary Sean Duffy's March 18, 2025 letter requesting information on: (1) transit worker assaults; (2) fare evasion; (3) criminal activity; (4) trespassing, including "subway surfing"; and (5) the use of Federal funds to enhance the safety and security of the New York City Transit (NYCT) system.

The Federal Transit Administration (FTA) requests the following information to supplement your initial response. This information will help FTA better assess how the Metropolitan Transportation Authority (MTA) is evaluating the effectiveness of actions NYCT is taking to improve the safety of its system and how NYCT is prioritizing Federal funds to promote positive safety outcomes.

First, we request additional information on what performance measures NYCT is using to evaluate the effectiveness of planned and ongoing mitigation efforts. Specifically, please provide responses to the following questions.

1. What criteria has NYCT established to select safety risk mitigations that have the highest probability of reducing safety risk?
2. What metrics has the agency established to measure effectiveness of safety risk mitigations once they have been implemented? Please include relevant information regarding specific mitigations (*e.g.*, signage, de-escalation training, mitigations recommended by the MTA Track Trespass Task Force).
3. What percentage of cameras are in working order?
4. How long is camera video retained?
5. Is the agency considering revising rolling stock design requirements to require all new train cars to be equipped with open gangways that prevent access to the outside of train cars?

We request clarification on the data analysis NYCT provided, including the methodologies and data used. Please provide the methodology, including time period and normalization, for calculating crime levels in the NYCT system. Please provide the dataset source and methodology (normalization, temporal coverage, and any other relevant information) for FTA to verify NYCT's assessment of assaults on transit workers.

Page 2
Mr. Janno Lieber

Lastly, we request more detail on how NYCT is investing Federal funds on safety and security improvements. Please provide FTA with additional information regarding specific grants, project scopes, and funding amounts to verify the dollar value of reported expenditures.

FTA also reminds you of your responsibility to report safety events in a timely manner to FTA's National Transit Database (NTD). NYCT is required to submit major safety and security event reports to the NTD using Form S&S-40 no later than **30 days** after the date of each reportable event. FTA found that NYCT was late with 79% of NTD major incident submittals in 2024, averaging 36.5 days late per report. Future instances of late reporting may be treated as noncompliance per 49 CFR Part 630.5 and may result in the ineligibility to receive funding under 49 U.S.C chapter 53 until the report is filed. If you have questions about reporting events to the NTD, please contact your NTD validation analyst.

FTA appreciates your commitment to ensuring the safety and security of riders, workers, and the general public. For any questions, please contact me at 202-366-5080 or joseph.delorenzo@dot.gov.

Sincerely,

Joe DeLorenzo
Associate Administrator for Transit Safety and Oversight and Chief Safety Officer