UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,<br><br>*Plaintiffs*,<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation, *et al.*,<br><br>*Defendants*, | No. 25cv 1413 (LJL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John H. Reichman from the law firm of johnreichmanlaw LLC hereby appears as co-counsel of record for *amicus curiae* EmpowerNJ, BlueWaveNJ, Clean Water Action, Bike Hoboken, Our RevolutionNJ, Bike North Bergen, Turnpike Trap Coalition, and Hudson County Complete Streets..

Date: July 29, 2025

*/s/ John H. Reichman*
John H. Reichman
johnreichmanlaw LLC
56 Oakwood Ave. New Montclair, NJ 07043
(917) 626-8025
John@johnreichmanlaw.com