

**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

---

*1100 L St NW*
*Washington, D.C. 20012*

December 2, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

      Re:    *MTA, et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

    We represent Defendants in the above-captioned case. We write to respectfully request that the Court issue a decision on the parties' summary judgment motions as soon as it is able. As the Court knows, the parties completed summary judgment briefing in July in light of the Court's observation that the public interest would be served by resolving this case quickly. (Prelim. Inj. Hr'g Tr., May 27, 2025, 65:1-10.)

    Please let us know if there is any additional information that would aid the Court's decision.

                        Respectfully,

                        BRETT A. SHUMATE
                        Assistant Attorney General

                        STEPHEN ELLIOTT
                        Assistant Director, Federal Programs

            By:    /s/ Michael Bruns
                        Michael Bruns
                        Samuel S. Holt
                        Trial Attorneys
                        Federal Programs Branch
                        Civil Division, Department of Justice
                        1100 L Street NW
                        Washington, DC 20005
                        Telephone: 202-514-4011
                        Email: michael.bruns@usdoj.gov

cc: All Counsel of Record (via ECF)