

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

December 18, 2025

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

      Re:     *Metro. Transp. Auth., et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

      We write on behalf of Plaintiffs the Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA") to advise the Court of a development in *Climate United Fund v. Citibank, N.A.*, No. 25-5122 (D.C. Cir.), a case which Defendants called to the Court's attention in their supplemental authority letter to the Court dated September 8, 2025. ECF 174 at 1-2.

      In our view, Defendants' reliance on *Climate United* was misplaced because the plaintiffs there seek to enforce grant agreements requiring payment of $16 billion in federal funding, whereas Plaintiffs here "are not suing to enforce any term of the VPPP Agreement" or "to enforce a contractual obligation to pay money." *Metro. Transp. Auth. v. Duffy*, 784 F. Supp. 3d 624, 665-6 (S.D.N.Y. 2025) (Liman, J.) (citing *Dep't of Educ. v. Cal.*, 604 U.S. 650 (2025)). But in any event, the three-judge decision in *Climate United* was vacated yesterday after a majority of the active judges on the D.C. Circuit voted to rehear the case *en banc*. A copy of the order vacating the panel's judgment is attached as Exhibit A. *See United States v. Weathers*, 186 F.3d 948, 953 n.4 (D.C. Cir. 1999) (where judgment is vacated, underlying opinion has "no precedential value").

                                                                              Respectfully submitted,

                                                                              Roberta A. Kaplan

cc: Counsel of Record (via ECF)