# EXHIBIT A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5122**                                            **September Term, 2025**

**1:25-cv-00698-TSC**

**Filed On:** December 17, 2025

Climate United Fund, et al.,

        Appellees

    v.

Citibank, N.A.,

        Appellee

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as Administrator,
United States Environmental Protection Agency,

        Appellants

-----------------------------

Consolidated with 25-5123

        **BEFORE:**     Srinivasan, Chief Judge, and Henderson*, Millett, Pillard, Wilkins,
                                    Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

        Upon consideration of the petitions for rehearing en banc and the responses thereto, the Members of Congress' and Impact Finance Experts' motions for invitation to file amicus curiae briefs in support of rehearing en banc, the lodged briefs, and the vote in favor of the petitions by a majority of the judges eligible to participate, it is

        **ORDERED** that the motions for invitation to file amicus curiae briefs be granted. The Clerk is directed to file the lodged amicus briefs. It is

        **FURTHER ORDERED** that the petitions be granted. These consolidated cases will be reheard by the court sitting en banc. It is

        **FURTHER ORDERED** that the court's judgment filed September 2, 2025, be vacated. The partial administrative stay entered on April 16, 2025, is in effect. It is

---

\* Circuit Judge Henderson did not participate in this matter.

**FURTHER ORDERED** that oral argument before the en banc court be heard at 9:30 a.m. on Tuesday, February 24, 2026, in Courtroom 20.  It is

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 30 paper copies of each of the briefs and the appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Federal Appellants | January 9, 2026 |
| Brief for Citibank, N.A. | January 9, 2026 |
| Joint Appendix | January 9, 2026 |
| Brief(s) for Amici Curiae in support of Appellants | January 16, 2026 |
| Brief for Appellees Climate United Fund, et al. | February 2, 2026 |
| Brief for State Bank Appellees | February 2, 2026 |
| Brief(s) for Amici Curiae in support of Appellees | February 9, 2026 |
| Reply Brief(s) for Appellants | February 17, 2026 |

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's Office on the due date.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See <u>Fed. R. App. P. 25(a)</u>.  All briefs and appendices must contain the date that the cases are scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons.

A separate order will issue regarding allocation of argument time.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk