```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
METROPOLITAN TRANSPORTATION AUTHORITY                              :
et al.,                                                            :
                                                                   :
                        Plaintiffs,                                :       25-cv-1413 (LJL)
                                                                   :
        -v-                                                        :       ORDER
                                                                   :
SEAN DUFFY et al.,                                                 :
                                                                   :
                        Defendants.                                :
                                                                   X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court will hold oral argument on the parties' motions for summary judgment on January 28, 2026, at 2:00 p.m. in Courtroom 15C at 500 Pearl Street. Argument is set for two hours to be split between Plaintiffs and Defendants.

      SO ORDERED.

Dated: December 23, 2025
       New York, New York
                                                         LEWIS J. LIMAN
                                         United States District Judge