AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Metropolitan Transportation Authority, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-1413-LJL |
| Duffy, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.                                                                                   .

Date:      01/27/2026                                              /s/ Eric J. Hamilton
                                                                         *Attorney's signature*

                                                          Eric J. Hamilton (CA Bar No. 296283)
                                                                  *Printed name and bar number*
                                                                    Department of Justice
                                                              950 Pennsylvania Avenue, NW
                                                                 Washington, DC 20530-0001

                                                                           *Address*

                                                               eric.hamilton@usdoj.gov
                                                                      *E-mail address*

                                                                      (202) 353-2793
                                                                   *Telephone number*

                                                                      (202) 616-8460
                                                                       *FAX number*