

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

**CHRISTIAN C. HARNED**
Environmental Law Division
(212) 356-1676
FAX: (212) 356-2069
chharned@law.nyc.gov

February 2, 2026

BY MAIL AND EMAIL TO:
The Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Metropolitan Transportation Authority, et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

    I write pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Intervenor-Plaintiff New York City Department of Transportation ("City DOT"). The reason for this request is that I am leaving the New York City Law Department. City DOT will continue to be represented by other counsel from the New York City Law Department who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    Thank you for your consideration of this submission.

Respectfully submitted,

Christian C. Harned
Assistant Corporation Counsel

The motion is GRANTED. The Clerk of Court is respectfully requested to terminate Christian C. Harned from the docket.
Date: February 3, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge