**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                                  Plaintiffs,

-against-                                            25 **CIVIL** 01413(LJL)

                                                           **<u>JUDGMENT</u>**

SEAN DUFFY, et al.,

                                  Defendants.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2026, Plaintiffs' motion for partial summary judgment is GRANTED. Defendants' motion for summary judgment is GRANTED in part and DENIED in part. The Clerk of Court is directed to enter judgment in favor of Plaintiffs on Counts I, II, III, and IV of the Consolidated Second Amended Complaint, Dkt. No. 96, and to Intervenor Plaintiffs on Counts II, Dkt. No. 41. Counts V, VI, IX, and X of Plaintiffs' Consolidated Second Amended Complaint and Count I of Intervenor Plaintiffs' complaint are dismissed. The Clerk of Court is respectfully requested to enter judgment in favor of Defendants on Counts VII and VIII of Plaintiffs' Consolidated Second Amended Complaint and Counts III and IV of Intervenor Plaintiffs' Complaint. The Clerk of Court is further respectfully requested to enter a declaratory judgment for Plaintiffs that the Secretary is permitted to terminate the VPPP Agreement only pursuant to the terms expressly stated therein, that the Defendants' termination of the VPPP Agreement was unlawful, and that any attempt to enforce the February 19 Letter or April 21 Letter would be unlawful. Defendants may not terminate the VPPP Agreement under

2 C.F.R. § 200.340(a)(4), the incorporation of that provision through the Christian doctrine, under the Secretary's powers contained within the VPPP itself, or the exercise of the Secretary's powers under the unmistakability doctrine.

**Dated:** New York, New York

      March 5, 2026

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

**BY:**  _____
                                                **Deputy Clerk**