`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| METROPOLITAN TRANSPORTATION AUTHORITY & TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Plaintiffs,<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION, RIDERS ALLIANCE, SIERRA CLUB, & NEW YORK DEPARTMENT OF TRANSPORTATION<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>SEAN DUFFY, et al.<br><br>Defendants. | **Case No. 25-cv-01413-LJL** |

**NOTICE OF APPEAL**

All Defendants hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Final Judgment entered on March 5, 2026 (ECF 196) and all orders and opinions merged into the judgment, including but not limited to the opinion and order entered on March 3, 2026 (ECF 195).

1

Dated: May 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Samuel S. Holt*
Michael Bruns
Samuel S. Holt
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: 202-674-8761
Email: samuel.holt2@usdoj.gov