**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*1100 L St NW*
*Washington, D.C. 20012*

August 14, 2026

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

Re: *MTA, et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

We represent Defendants in the above-captioned case. We write to inform the Court that the United States filed a Statement of Interest, attached to this letter, in support of the plaintiffs' opposition to a motion to dismiss in *Dunne, et al. v. MTA, et al.,* No. 25 Civ. 18105 (D.N.J.) ("*Dunne*"). To provide background, in December 2025, three plaintiffs sued MTA and TBTA in *Dunne*, asking the court to declare that the Central Business District Tolling Program ("CBDTP") is illegal and enjoin operation of the CBDTP *Dunne*, ECF 1.

Plaintiffs raise a number of arguments, but two are relevant to the United States' Statement of Interest. Plaintiffs first argue that the CBDTP is illegal because Defendants are tolling on federal-aid highways that are not part of the Interstate System. Plaintiffs separately argue that the CBDTP is illegal because it receives no federal funding and therefore is not a statutorily-compliant value pricing program. *Dunne,* ECF 1. Defendants moved to dismiss all claims, including claims supported by these arguments. *Dunne*, ECF 50. The United States has filed a Statement of Interest to support Plaintiffs in opposing the motion to dismiss with respect to the two arguments described above.

Defendants recognize that the Court entered a declaratory judgment that

> the Secretary is "permitted to terminate the VPPP Agreement only pursuant to the terms expressly stated therein, that the Defendants' termination of the VPPP Agreement was unlawful, and that any attempt to enforce the February 19 Letter or April 21 Letter would be unlawful. Defendants may not terminate the VPPP Agreement under 2 C.F.R. § 200.340(a)(4), the incorporation of that provision through the *Christian* doctrine, under the Secretary's powers contained within the VPPP itself, or the exercise of the Secretary's powers under the unmistakability doctrine

ECF 195 at 148-149. Because this Statement of Interest does not purport to terminate the VPPP Agreement, it does not violate the Court's declaratory judgment. Defendants, however, inform the Court of the Statement of Interest out of an abundance of caution.

Respectfully,

BRETT A. SHUMATE
Assistant Attorney General

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

STEPHEN ELLIOTT
Assistant Director, Federal Programs

By: /s/ *Michael Bruns*

Michael Bruns
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: 202-514-4011
Email: michael.bruns@usdoj.gov

cc: All Counsel of Record (via ECF)