**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2026

**BY ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Metro. Transp. Auth., et al. v. Duffy, et al.*, No. 25 Civ. 1413 (LJL)

Dear Judge Liman:

I write respectfully in connection with this action to request that the Court remove AUSA Christine S. Poscablo from the docket as counsel for Defendants as I am leaving the Department of Justice. Attorneys from the U.S. Department of Justice's Federal Programs Branch will continue to represent Defendants in this matter. I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Christine S. Poscablo
CHRISTINE S. POSCABLO
Assistant United States Attorney
(212) 637-2674