USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

METROPOLITAN TRANSPORTATION AUTHORITY et al.,

Plaintiffs,

-v-

SEAN DUFFY et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-1413 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on August 19, 2026. This order memorializes the Court's oral rulings. Plaintiffs shall file their motion with a supporting memorandum of law no longer than fifteen pages by August 28, 2026. Defendants will file a memorandum of law in opposition to the motion no longer than fifteen pages by September 10, 2026. Plaintiff shall file any reply thereto by September 17, 2026.

SO ORDERED.

Dated: August 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge